IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CR06-4054 DEO** |
| | ) | **JUDGMENT OF ACQUITTAL** |
| JUAN NEGRETE SANTANA, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Honorable Donald E. O'Brien for a jury trial, and the issues were duly tried and the jury rendered its verdict of guilty. A post-trial motion for judgment of acquittal was filed and heard by this Court and the same has been granted, it is therefore:

**HEREBY ORDERED AND ADJUDGED** that defendant, Juan Negrete Santana is acquitted as to Count 1 of the Indictment.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that because defendant Negrete Santana is not a citizen of the United States, he will be held by the United States Marshal's Office during the pendency of the appeal.

APPROVED BY:

Pridgen J. Watkins
Clerk

_____
**DONALD E. O'BRIEN SENIOR DISTRICT JUDGE**
UNITED STATES DISTRICT COURT

(By) Deputy Clerk

DATED: December 27, 2006